22 A.3d 1029

**ELSER STREET PROPERTIES, LLC, Respondent**

v.

**CELESTIAL COMMUNITY DEVELOPMENT, INC., Petitioner.**

**No. 39 EM 2011.**

Supreme Court of Pennsylvania.

June 24, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of June, 2011, the Petition for Allowance of Appeal, treated as a Petition for Review, the Application for Stay, the Motion to Strike Default Judgment, and the Petition for Special Injunction are **DENIED.**